UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10003-NMG |
| ) | |
| RAFIA FEGHI, ) | |
| a/k/a RAFIA YERARDI, ) | |
| Defendant. ) | |

**UNITED STATES' MOTION (1) TO PARTIALLY VACATE RESTRAINING ORDER (Docket No. 181), AND (2) FOR RELEASE OF *LIS PENDENS***

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby moves that this Court: (1) partially vacate its February 28, 2006 Restraining Order (Docket No. 181),[1] for the real property located at The Gables, Unit 405-B, Dedham Street, Newton, Massachusetts (the "Dedham Street Property"), **only**, and (2) release the *Lis Pendens* regarding the Dedham Street Property, which was endorsed by the Court on April 27, 2005. For title to the Dedham Street Property, *see* Unit Deed recorded at Middlesex South Registry of Deeds, Book 77, Page 156, and Middlesex Land Court Document No. U2058, Book U11, Page 58, reflecting the conveyance of the property on or about January 8, 2003 from Robert Shapiro, Abby Rosenberg and Lewis Rosenberg, trustees of the Isadore Rosenberg Trust, to Yousef Bina. A proposed Order to Partially Vacate Restraining Order (Docket No. 181) and a Release of *Lis Pendens* are submitted herewith.

As grounds for this motion, the United States submits that the United States and defendant Rafia Feghi agreed to the forfeiture of $11,500 in lieu of the Dedham Street Property, which payment was received on or about March 31, 2009. *See* Docket Nos. 668, 778, and 926.

---

[1] On January 24, 2007, the Court partially vacated the February 26, 2006 Restraining Order as to the real property located at 334 Beacon Street, Unit 9, Boston, Massachusetts.

*Motion allowed.* /s/ NMGorton, USDJ 9/5/14